NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AIMEE KOLZE,**
*Petitioner,*

**v.**

**SOCIAL SECURITY ADMINISTRATION,**
*Respondent.*

---

2012-3163

---

Petition for review of an arbitrator's decision in No. BW-2011-R-0017 by Joshua M. Javits.

---

**ON MOTION**

---

**O R D E R**

Aimee Kolze moves without opposition for a 30-day extension of time, until March 21, 2013, to file her principal brief. Richard Klein moves to withdraw as counsel of record for Aimee Kolze.

Upon consideration thereof,

IT IS ORDERED THAT:

AIMEE KOLZE v. SOCIAL SECURITY ADMINISTRATION    2

The motions are granted. Ms. Kolze's informal brief (form enclosed) is due within 21 days of the date of filing of this order.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s27